*Filer's Name, Address, Phone, Fax, Email:*

ELIZABETH A. KANE, TRUSTEE
P.O. BOX 1573
Honolulu, Hawaii 96806
Telephone: (808) 525-6301
Facsimile: (808) 525-6302
E-mail: trustee@kanelawhawaii.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9013-3 (12/09)

| | |
|---|---|
| *Debtor:* THOMAS HIROSHI NAGO | *Case No.:* **15-00856** |
| *Joint Debtor:* KIKUKO NAGO | *Chapter* **7** |
| [If adversary proceeding, complete the information below. Use "et al." if multiple parties.]<br>*Plaintiff(s):*<br><br>vs.<br>*Defendant(s):* | *Adversary Proceeding No.:*<br><br>*Related Docket No.:*<br>33-37 |

## CERTIFICATE OF SERVICE

| *Document(s) served:* | *Date served:* |
|---|---|
| Trustee's Motion For Approval of Sale of Real Property Located at 7955 E. Chaparral Road, Suite 110, Scottsdale, AZ 85250 Free and Clear of All Claims and Interests and For Related Relief; Exhibits "1" to "5"; Cover Sheet; Memorandum; Declaration of Elizabeth A. Kane; Notice of Hearing | 8/21/17 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.**

*[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]*

| *Example:*<br>● Name of individual served<br>● If attorney, name of client<br>● Mailing address *or*<br>   Email address if served via ECF *or*<br>   Fax number if served by fax | All documents, to the parties on the attached Exhibit "1" by means of the court's ECF. | All documents, to the parties on the attached Exhibit "2" by means of First Class Mail, postage prepaid. |
|---|---|---|
| Notice of Hearing only, to the parties on the attached Exhibit "3" by means of First Class Mail, postage prepaid. | | |
| Dated: 8/30/17 | /s/ Elizabeth A. Kane_____<br>Signature                 (If original signature, print name above) | |

15-00856 Notice will be electronically mailed to:

Elizabeth A. Kane
Trustee@kanelawhawaii.com,
HI11@ecfcbis.com;EKaneTrustee@gmail.com;ekane@ecf.epiqsystems.com

Office of the U.S. Trustee.
ustpregion15.hi.ecf@usdoj.gov

Donald L. Spafford, Jr. on behalf of Debtor Thomas Harry Hiroshi Nago
donaldspaffordattorney@gmail.com, spaffordECFmail@gmail.com

Donald L. Spafford, Jr. on behalf of Joint Debtor Kikuko Nago
donaldspaffordattorney@gmail.com, spaffordECFmail@gmail.com

EXHIBIT "1"

Metlife Homes, LLC
501 Route 22 West, Floor 1W,
Bridgewater, NJ 08807

Bayview Loan Servicing, LLC
4425 Ponce de Leon Blvd, 5th Fl,
Coral Gables, FL 33146

Federal National Mortgage Association
14221 Dallas Pkwy, Ste 1000
Dallas, TX 75254

EXHIBIT "2"

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535

AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804-2300

Bank of Hawaii
Loan Center
P.O. Box 2715
Honolulu, HI 96803-2715

Barclays Bank
PO Box 26182
Wilmington, DE 19899-6182

BK Global Real Estate Services
2000 E. Lamar Boulevard, Suite 710
Arlington, TX 76006-7341

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Central Pacific Bank
Loan Servicing Department
P.O. Box 3590
Honolulu, HI 96811-3590

Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811-3590

Citibank (South Dakota)
P.O. Box 6500
Sioux Falls, SD 57117-6500

Diamond Resorts Financial Service
10600 West Charleston Blvd
Las Vegas, NV 89135-1260

Kreutzer, Robert
7955 E. Chaparral Road, Unit 110
Scottsdale, AZ 85250-7233

La Villita HOA
c/o Integrity First Property Mgmt
P.O. Box 62855
Phoenix, AZ 85082-2855

Pueblo County Treasurer
215 West 10th St., Rm. 110
Pueblo, CO 81003-2996

Seterus Inc
14523 SW Millikan
Suite 200
Beaverton, OR 97005-2352

Synchrony Bank
Attn: Bankruptcy Dept.,
P.O. Box 965060
Orlando, FL 32896-5060

UrbanCiti Realty
4400 N. Scottsdale Rd., Ste. 9270
Scottsdale, AZ 85251-3331

U.S. Bankruptcy Court - Hawaii #15-00856 Dkt # 39 Filed 08/30/17 Page 4 of 4
EXHIBIT "3"